**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:05CV01889** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **BARBARA D. GRAHAM** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et al.** | : | **DEFENDANTS** |

<u>**ORDER**</u>

Pending are Defendant Bill Richards's Motion and Supplemental Motion to Quash

Service or in the Alternative to Dismiss (Doc. Nos. 27, 32).  Plaintiff has responded (Doc. No.

30).

Defendant Bill Richards contends that he should be dismissed because he was not

properly served.  Alternatively, he asserts that he should be dismissed because he was

fraudulently joined and Plaintiff cannot maintain a cause of action against him.

Defendant's arguments, regarding service, are of no consequence -- service can be

remedied under the Federal Rule of Civil Procedure 4.  However, in a March 8, 2006 Order,[1] I

concluded that the pharmaceutical sales representatives were fraudulently joined in this case.

Since that Order, I have reviewed *Gordon v. Pfizer, Inc.*,[2] a case from the Northern District of

Alabama, which involved similar facts -- and Plaintiff's lawyers.  In *Gordon*, after a thorough

analysis of Alabama law, the court concluded that the sales representatives were fraudulently

---

[1]Doc. No. 18.

[2]CV-06-RRA-703-E, 2006 WL 2337002 (May 22, 2006 N.D. Ala. 2006).

joined and were dismissed.

Based on the March 8, 2006 Order, Defendant Bill Richards's Motion and Supplemental Motion to Quash Service or in the Alternative to Dismiss (Doc. Nos. 27, 32) are GRANTED, and Defendant Richards is DISMISSED.

Regarding the remaining sales representatives in this case, it seems to me that they were effectively dismissed by the March 8, 2006 Order.  The Order reads:

> Accordingly, I find that there is no possibility that Plaintiff can establish a claim against the sales representatives under the AEMLD. I also adopt the *Bloodsworth* Court's analysis regarding the non-AEMLD claims and find that Plaintiff's fraud claim lacks specificity.

Accordingly, Defendants Bill Blount, Walter Williams III, Jennifer Andrews, and Charles Payne are DISMISSED.

IT IS SO ORDERED this 5th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE